ACCEPTED
04-15-00307-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/17/2015 5:24:28 PM
KEITH HOTTLE
CLERK

NO. 04-15-00307-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/17/2015 5:24:28 PM
KEITH E. HOTTLE
Clerk

* * *

AUTOZONE, INC., AND AUTOZONERS, L.L.C.,
*Appellants*

V.

MARIO FLORES,
*Appellee*

* * *

**UNOPPOSED MOTION TO DISMISS APPEAL**

* * *

TO THE HONORABLE JUSTICES OF SAID COURT:

COME NOW, AUTOZONE, INC. AND AUTOZONERS, L.L.C., Appellants, who file this Unopposed Motion to Dismiss Appeal and, in support thereof, would respectfully show unto the Court the following:

**I.**

On January 14, 2015, Appellee Mario Flores filed suit against AutoZone, Inc. and AutoZoners, L.L.C., alleging negligence and seeking monetary relief. (*CR 9-16, 26*) The Defendants answered and, shortly thereafter, filed a Motion to Compel Arbitration, seeking enforcement of the arbitration provisions contained

within the subject plan. (*CR 28-31, 72-143*) Appellee Flores opposed the motion to compel; Appellants replied; and the trial court held a hearing on April 13, 2015. (*CR 144, 145-60, 161-202; RR*) On April 27, 2015, the trial court signed an Order denying "Defendants' Motion to Compel/Enforce Arbitration." (*CR 294*) The Appellants then timely perfected an interlocutory appeal pursuant to section 51.016 of the Texas Civil Practice and Remedies Code. (*CR 299-300, 307-09*)

Following the filing of the clerk's and the reporter's records, Appellants filed their Brief of Appellants on June 23, 2015. Thereafter, Appellants and Appellee reached an agreement regarding the issues involved in this interlocutory appeal as evidenced by the Agreed Order Compelling Arbitration and Staying Proceedings signed by the trial court on August 14, 2015. (*See Agreed Order Compelling Arbitration and Staying Proceedings, a copy of which is attached hereto as Exhibit "A"*) As a result, Appellants now move to dismiss this appeal without reference to its merits, with appellate court costs to be borne by the party incurring same. TEX. R. APP. P. 42.1(a)(1); TEX. R. APP. P. 42.1(d).

## II.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellants AutoZone, Inc. and AutoZoners, L.L.C. respectfully request that this Court grant their Unopposed Motion to Dismiss Appeal, that the Court dismiss this appeal without reference to

its merits, and that the Court assess appellate court costs against the party incurring same.

Respectfully submitted,

| | |
|---|---|
| BRETT REYNOLDS & ASSOCIATES, P.C.<br>Brett T. Reynolds<br>State Bar No. 16795500<br>btreynolds@btrlaw.com<br>1250 N.E. Loop 410, Suite 420<br>San Antonio, Texas 78209<br>(210) 805-9799<br>(210) 805-9654 (telecopier) | THE LAW OFFICE OF<br>JACQUELINE M. STROH, P.C.<br>Jacqueline M. Stroh<br>State Bar No. 00791747<br>jackie@strohappellate.com<br>10101 Reunion Place, Suite 600<br>San Antonio, Texas 78216<br>(210) 477-7416<br>(210) 477-7466 (telecopier) |

By:   /s/ Jacqueline M. Stroh
Jacqueline M. Stroh

ATTORNEYS FOR APPELLANTS
AUTOZONE, INC. AND AUTOZONERS, L.L.C.

**CERTIFICATE OF CONFERENCE**

Appellants have conferred with counsel for Appellee regarding this motion, and counsel for Appellee has stated that the Appellee is unopposed to this motion.

/s/ Jacqueline M. Stroh
Jacqueline M. Stroh

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing motion was on the 17th day of August, 2015, served by in accordance with the Texas Rules of Appellate Procedure on the following counsel of record:

Jaime M. Lynn
jlynn@carlsonattorneys.com

Kiara Martinez
kmartinez@carlsonattorneys.com
THE CARLSON LAW FIRM, P.C.
11606 North Interstate Highway 35
Austin, Texas 78753
*-and-*
400 West Jasper Road
Killeen, Texas 76542
*Attorneys for Appellee*

                                       /s/ Jacqueline M. Stroh
                                            Jacqueline M. Stroh

Filed: 8/14/2015 8:28:00 AM
Eloy R. Garcia, District Clerk
Starr County, Texas
Angelica Reyes

CAUSE NO. D-15-6

| | | |
|---|---|---|
| MARIO FLORES, | § | |
| | § | IN THE DISTRICT COURT |
| *Plaintiff* | § | |
| | § | |
| VS. | § | 229TH JUDICIAL DISTRICT |
| | § | |
| AUTOZONE, INC. AND AUTOZONERS | § | |
| L.L.C. D/B/A AUTOZONE #3115, | § | |
| | § | |
| *Defendants* | § | STARR COUNTY, TEXAS |

## <u>AGREED ORDER COMPELLING ARBITRATION AND STAYING PROCEEDINGS</u>

Plaintiff, Mario Flores, and Defendants, AutoZone, Inc. and AutoZoners, LLC, have come before the Court and stipulated that they have resolved the issues that were the subject of Defendants' Motion to Compel Arbitration and that are the subject of the currently pending interlocutory appeal from the Court's denial of that motion. The Court hereby enters this agreed Order based on the parties' stipulation that the underlying matter should be referred to arbitration pursuant to the parties' arbitration agreement as contained in the AutoZone Texas Occupational Injury Benefit Plan and the Federal Arbitration Act, to be conducted by Douglas D. Ketterman, and that these proceedings should be stayed pending the completion of arbitration. The parties have further stipulated that the plaintiff's request for attorneys fees and expenses set forth in the motion incurred in connection with filing and prosecution of the motion is hereby withdrawn.



In accordance with the parties' resolution and stipulation, the Court hereby ORDERS, ADJUDGES, AND DECREES that its Order denying "Defendants' Motion to Compel/Enforce Arbitration" signed on April 27, 2015 is hereby vacated.

The Court further ORDERS, ADJUDGES, AND DECREES that this matter shall be referred to and resolved by arbitration pursuant to the parties' arbitration agreement as contained in the AutoZone Texas Occupational Injury Benefit Plan and the Federal Arbitration Act.

The Court further ORDERS, ADJUDGES, AND DECREES that any arbitration is to be conducted by Douglas D. Ketterman of Ketterman Rowland & Westlund, San Antonio, Texas.

The Court further ORDERS, ADJUDGES, AND DECREES that these proceedings shall be stayed pending the completion of arbitration.

Signed on the **14th** day of August, 2015.

The Honorable Ana Lisa Garza
Presiding Judge, 229th Judicial District Court

KW 8/13/15

APPROVED AS TO FORM AND SUBSTANCE:

Jaime M. Lynn
Kiara Martinez
THE CARLSON LAW FIRM, P.C.
11606 North Interstate Highway 35
Austin, Texas 78753
*-and-*
400 West Jasper Road
Killeen, Texas 76542
*Counsel for Plaintiff*

By:_____

Brett T. Reynolds
BRETT REYNOLDS & ASSOCIATES, P.C.
1250 N.E. Loop 410, Suite 420
San Antonio, Texas 78209
*Counsel for Defendants*

By:_____